UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:08-CR-52 |
| | ) | |
| TIMOTHY SHANE EASTON | ) | |

**O R D E R**

This criminal matter is before the Court to consider the Second Report and Recommendation of the United States Magistrate Judge dated September 5, 2008, [Doc. 72]. In that Second Report and Recommendation, the Magistrate Judge recommends that the United States' motion to for judgement on forfeiture of bond, [Doc. 55], be granted. The defendant filed a general objection to the Magistrate Judge's First Report and Recommendation[1] on this matter recommending that this Court grant the United States' motion, [Doc. 63]; however he failed to file any objections to the Second Report and Recommendation. Nevertheless, this Court has

---

[1] The first Report and Recommendation was entered prematurely, and this Court "re-referred" the issue to the Magistrate Judge to decide after the defendant received sufficient time to respond to the United States' motion. As noted in the Second Report and Recommendation, the defendant failed to file a response.

1

considered the defendant's general objection, as the Magistrate Judge reached the same conclusion and used the same reasoning.

After careful consideration of the record as a whole, after careful consideration of the Second Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Second Report and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that the defendant's objection is **OVERRULED**, that this Second Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 72], and that the United States' motion is **GRANTED**, [Doc. 55].

E N T E R:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE